## In the United States District Court
## For the Central District of Illinois
## Peoria Division

| | | |
|---|---|---|
| BREANNA STOETZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| FIRST STATE BANK OF BLOOMINGTON, | ) | |
| | ) | |
| Defendant. | ) | **Jury Trial Demanded** |

## Complaint

Now Comes the Plaintiff, BREANNA STOETZER ("Stoetzer"), by and through her undersigned counsel, John A. Baker, and in support of her complaint against the Defendant, First State Bank of Bloomington ("First State Bank"), states as follows:

### I.  Jurisdiction and Venue

1. Stoetzer alleges that First State Bank violated her rights under Title VII of the Civil Rights Act.  Specifically, she alleges that she was discriminated against because of her pregnancy. Her claim is brought under 42 U.S.C. § 2000e(k).

2. Stoetzer, at the times the incidents giving rise to this litigation occurred, was employed by First State Bank in McLean County, Illinois, making venue appropriate in this Court.

### II.  Parties

3. Stoetzer is an adult who formerly resided in of the State of Illinois. She was formerly employed by First State Bank in McLean County, Illinois.

1

4.      First State Bank is an Illinois banking corporation that engages in business in McLean County, Illinois.

### IV. Complaint

5.      Stoetzer began working for First State Bank on or about October 30, 2014.

6.      Within approximately one year of commencing her employment Stoetzer was promoted to a supervisory position of employment.

7.      Ultimately Stoetzer was promoted to the position of teller supervisor.

8.      In approximately September of 2017 Stoetzer notified her supervisor that she was pregnant.

9.      Immediately the treatment Stoetzer received from her supervisor changed. She began being subjected to harassment, minor issues were picked on, her supervisor refused to make reasonable accommodations for her pregnancy, and she began being disciplined.

10.     In January of 2018, when she was seven months pregnant, Stoetzer was told that she was going to be demoted. The demotion included a reduction in pay and in responsibility.

11.     After being advised that she was being demoted Stoetzer made internal complaints about her treatment. Her complaints were ignored and she continued to be subjected to a hostile working environment.

12.     Stoetzer notified First State Bank that she would be leaving her position and gave them notice of her intent to do so on March 19, 2018. Her

resignation was not voluntary as First Bank's treatment of her forced her to resign. As such it was a constructive discharge.

14. Rather than accepting Stoetzer's resignation, First Bank immediately terminated her employment.

14. First Bank discriminated against Stoetzer because of her pregnancy when it created a hostile work environment, when it demoted her, and when it constructively discharged her appointment.

15. As a result of the foregoing, Stoetzer has sustained both economic and non-economic damages.

16. Stoetzer filed a timely charge of discrimination with both the Illinois Department of Human Rights and the United States Equal Employment Opportunity Commission.

17. On February 4, 2021, Stoetzer received a right to sue notice from the EEOC advising her that she could proceed with a lawsuit against First Bank.

Wherefore, Stoetzer respectfully requests that this Court enter an order finding and providing as follows:

A. An order finding that First Bank violated her rights under Title VII.

B. An order directing First Bank to compensate her for both the economic and non-economic injuries she has sustained.

C. An award of attorney fees associated with bringing this claim.

D. Any other order that is just and appropriate.

**Stoetzer requests a jury trial**

                                  Breanna Stoetzer

                                By: /s/ *John A. Baker*
                                      Her Attorney


John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:        (217) 522-3445
Facsimile:        (217) 522-8234
Email:            jab@bbklegal.com